103 A.3d 1293

Hiram R. JOHNSTON Jr., Appellant

v.

PA. DEPT. OF CORRECTIONS, et al., Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**